**Order entered August 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00773-CV

### IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-02361-R**

## ORDER

We **GRANT** court reporter Kendra Thibodeaux's August 14, 2014 request for extension

of time to file the reporter's record and **ORDER** it be filed no later than September 8, 2014.

/s/      ELIZABETH LANG-MIERS
JUSTICE